

# NUMBER 13-14-00317-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MIKE EAST, ALICE EAST, LISA EAST, AND ALEJANDRO URIAS

## On Petition for Writ of Mandamus.

# O R D E R

**Before Justices Rodriguez, Garza, and Benavides**
**Per Curiam Order**

On June 9, 2014, relators Mike East, Alice East, Lisa East, and Alejandro Urias, filed a petition for writ of mandamus in the above cause seeking to compel the trial court to vacate its May 30, 2014 order granting presuit depositions under Texas Rule of Civil Procedure 202. *See* TEX. R. CIV. P. 202. The Court requests that the real party in interest, Laura Salinas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

The trial court's May 30, 2014 order requires the depositions of Mike East and Alice East to take place on June 16, 2014; the deposition of Lisa East to take place on June 17, 2014; and the deposition of Alejandro Urias to take place on June 27, 2014. Accordingly, the Court directs that the May 30, 2014 order should be and is STAYED pending receipt and review of the response to the petition and further order of this Court, or until the case is finally decided. *See id.* R. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of June, 2014.